**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------x
**A/D DAN BUNKERING LTD.,**                      :
                                                 :        **09 Civ. 534 (HB)**
               **Plaintiffs,**        :
                                                 :        **ORDER**
    **-against-**                        :
                                                 :
**UKRAINIAN DANUBE SHIPPING COMPANY**            :
              **Defendant.**        :
-----------------------------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

      WHEREAS Plaintiff A/D Dan Bunkering Ltd. ("Plaintiff") filed its complaint in the above-referenced action on January 20, 2009 that sought entry of an ex parte order of attachment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure (the "Rule B Order"); and

      WHEREAS the Rule B Order was entered on January 21, 2009; and

      WHEREAS by endorsed order dated March 18, 2009, the Court extended the Rule B Order by 45 days and advised Plaintiff that if it heard no word regarding the underlying arbitration, the Rule B Order would be vacated and this action dismissed; and

      WHEREAS no further action in this matter has occurred since March 18, 2009; it is hereby

      ORDERED that the Rule B Order is hereby vacated; and it is further

      ORDERED that this action is dismissed and the Clerk of this Court is directed to close the case and remove it from my docket.

**SO ORDERED.**
**October 26, 2009**
**New York, New York**

                               _____
                                   **U.S.D.J.**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09
```

1